

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Bert Ford, Administrator
Texas Liquor Control Board
Austin, Texas

Dear Sir:

Opinion No. O-2912
Re: Proper method of measuring the
distance of 300 feet from the front
door of a church to the front door
of an establishment selling beer.

Your recent request for an opinion of this department upon the question as herein stated has been received.

We quote from your letter as follows:

"The question arises as to the proper method of measuring the distance of three hundred feet from the front door of a church to the front door of an establishment selling beer. Section 25(a), Article I, Texas Liquor Control Act, reads as follows:

"'The Commissioners' Court of any county in the territory thereof outside incorporated cities and towns and the governing authorities of any city or town within the corporate limits of any such city or town may prohibit the sale of alcoholic beverages by any dealer where the place of business of any such dealer is within three hundred (300) feet of any church, public school or public hospital, the measurements to be along the property lines of the street fronts and from front door to front door and in direct line across intersection where they occur.'

"The question arises as to the proper construction to place upon the words 'along the property lines of the street fronts.' It becomes necessary to decide this question to determine whether or not the

Honorable Bert Ford, Page 2

front door of a retail establishment, operated
by George Constandine of Wichita Falls, is with-
in three hundred feet of the front door of the
Salvation Army Church, also in Wichita Falls.

"It is the beer permittee's contention that
the measurement should be made from the front
door of the Salvation Army to the edge of the
sidewalk and from there along the street to the
outer edge of the sidewalk to the first inter-
section; then directly across the street and
along the outer edge of the sidewalk to a point
directly in front of the center of the front
door of George Constandine's establishment and
from there to the front door of his establish-
ment.

"It is our contention that the measurement
should be made from the edge of the front door
of the Salvation Army Building nearest to Mr.
Constandine's front door directly along a line
which would run along the inside of the sidewalk
instead of the outside of the sidewalk to a point
at the corner of the building on the next street;
and then from that point across the street and
then along a line following the inside edge of
the sidewalk to the nearest edge of the front
door of the Constandine establishment, rather
than to the center of that door.

"A plat of the relative location of these
two buildings and the front doors of each, show-
ing the manner in which each of the above-mention-
ed measurements can be made, is enclosed herewith
and attached hereto, since it is virtually impos-
sible to actually describe the relative locations
of these two places together with the proposed
means of measuring the distance between the front
doors without studying a plat showing the exact
directions and relative locations. This plat
shows Route #1, which is a measurement along the
inside edges of the sidewalk, and Route #3, which
measures along outside edges of the sidewalk; and
also the distance from the outside edge of the

Honorable Bert Ford, Page 3

sidewalk to the front door of each building.

"We desire your opinion on the proper manner
of measuring the distance between these two front
doors as shown on the enclosed plat. We desire
to knwo which of the two proposed routes, Route
#1 or Route #3, is the correct manner of measuring
the distance between the two front doors; and, if
neither is the correct method of making the mea-
surement, your opinion as to whether or not the
measurement should be made from the edge of the
front door of each place--that is, from the side
of the door nearest the other front door--or
whether or not the measurement should be made from
the center of each door."

Section 25(a), Article I, Texas Liquor Control Act,
supra, provides in part that:

"....the measurements to be along the pro-
perty lines of the street fronts and from front
door to front door and in direct line across
intersection where they occur."

The courts of this state have not interpreted the
above mentioned act with reference to the manner or method
of measurement. However, we think that the statute is clear
and unambiguous and, as stated in the statute, the measure-
ments are to be made along the property lines of the street
fronts and from front door to front door and in direct line
across intersections where they occur. Plat of the Licensed
State Land Surveyor accompanying your request shows the pro-
perty line to be where the buildings and the sidewalks join.
Assuming that the property line, as shown by the surveyor is
correct, and conforms with the correct plat showing the loca-
tion of the property line, and if said plat confirms the plat
as made by the Surveyor as to the location of the property
line, it is our opinion that Route #1, as designated in the
plat, is correct and should be followed in making the mea-
surements. However, if the plat shows that the property lines
are along the curb, as designated by Route #3, in the surveyor's
plat, then Route #3 would the proper lines on which the mea-
surements should be made.

In other words, it is our opinion that the measure-

ments are to be made along the property lines of the street fronts and from front door to front door and in direct line across intersections where they occur and the proper route to be followed is along said property lines regardless where they are situated, end from front door to front door and in direct line across intersections where they occur.

In this connection, we want to point out that the statute does not specify whether the measurement should be made from the center or edge of the door. We think that is immaterial from what portion of the front door the measurement is made and that the statute would be complied with if the measurement is made from either the edge or the center of said doors.

Trusting that the foregoing fully answers your inquiry, we are

APPROVED DEC 12, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

AW:AW

